■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND MOUTON, Appellant. [614 NYS2d 921] —Application by the appellant *pro se* for a writ of error coram nobis to vacate a decision and order of this Court dated May 13, 1991 *(People v Mouton,* 173 AD2d 569), affirming a judgment of the Supreme Court, Queens County, rendered September 14, 1988, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL PEREZ, Appellant. [614 NYS2d 920] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered June 30, 1992, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.